FILED'06 OCT 12 14:17USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LASHAWNDA N. HUFF, Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner, Social Security Administration, Defendant.

Civil No. 05-877-CO

**ORDER**

**PANNER, Judge.**

On August 14, 2006, Magistrate Judge Cooney filed his Findings and Recommendation ("F&R") (docket # 23), recommending that the decision of the Commissioner of Social Security be affirmed and the plaintiff's claim for social security disability benefits be denied. The matter is now before me for de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

I would approach a few matters differently--for instance, the plaintiff's failure to comply with her diabetes treatment regimen has no obvious bearing upon her credibility, and the ALJ erred by linking the two issues. However, the end result is

correct. Ample evidence supports the decision of the Commissioner, and I see no errors severe enough to require a remand. I therefore adopt the Magistrate Judge's recommendation to affirm the decision of the Commissioner.

**Conclusion**

The decision of the Commissioner of Social Security is affirmed.

IT IS SO ORDERED.

DATED this 12 day of October, 2006.

Owen M. Panner
United States District Judge